Warrant for Arrest

# United States District Court

NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA

v.

DONALD TERRELL WASHINGTON

06-255-M-01

**WARRANT FOR ARREST**

CASE NUMBER: 3:06cr22

FILED

JUN 0 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   DONALD TERRELL WASHINGTON

and bring him or her forthwith to the nearest magistrate to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE

in violation of Title  21  United States Code, Section(s)  841(a)(1) and 841(b)(1)(C)

DAVID J. JOEL
Name of Issuing Officer

[signature]
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

5/16/06 MARTINSBURG, WV
Date and Location

Bail fixed at $ _____   by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

DATE RECEIVED: 5/31/06

DATE OF ARREST: 6/2/06

NAME AND TITLE OF ARRESTING OFFICER:
ROBERT T. HOFFMASTER
Deputy U.S Marshal

SIGNATURE OF ARRESTING OFFICER:
[signature]

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____