FILED
MAY 16 2006
US DISTRICT COURT
MARTINSBURG, WV 25401

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD TERRELL WASHINGTON,<br>a/k/a "D",<br><br>Defendant. | 06-255-M-01<br><br>Criminal No. 3:06cr22<br><br>Violations: 21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(C)<br><br>FILED<br>JUN 0 2 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1.

On or about the 21st day of April, 2005, at approximately 5:25 p.m., in Martinsburg, Berkeley County, West Virginia, within the Northern Judicial District of West Virginia, defendant, **DONALD TERRELL WASHINGTON**, a/k/a "D", did unlawfully, knowingly, intentionally and without authority possess with intent to distribute approximately 1.33 grams of cocaine base, also known as "crack", a Schedule II narcotic drug controlled substance, as designated by Title 21, United States Code, Section 812(c) Schedule II; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

A true bill,

/s/
Grand Jury Foreperson
(Signature on File)

/s/ Thomas O. Mucklow for
RITA R. VALDRINI
Acting United States Attorney